IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP and NETSTAR TECHNOLOGIES LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>        Defendant. | Misc. Civil Action No. [      ]<br>(District of Massachusetts)<br><br><br><br>Civil Action No. 13-cv-00893-JRG-RSP<br><br>**Pending in the United States District Court for the Eastern District of Texas** |
| GOOGLE INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES LLC<br><br>        Defendants. | Case No. 13-5933-CW<br><br>**Pending in the United Stated District Court for the Northern District of California** |

### GOOGLE INC.'S MOTION TO COMPEL DISCOVERY FROM EMC CORPORATION

Google Inc. ("Google"), by and through its counsel, respectfully moves this Court for an order compelling EMC Corporation ("EMC") to produce all documents responsive to Google's subpoenas, pursuant to Rule 37(a) and Rule 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure. Google hereby incorporates the accompanying memorandum of law in support of this Motion.

## RULE 7.1 CERTIFICATION

Pursuant to LR, D. Mass. 7.1, counsel for Google conferred with counsel for EMC and attempted in good faith to resolve or narrow the issues in advance of filing.

## REQUEST FOR ORAL ARGUMENT

Google respectfully requests oral argument on this Motion.

DATED: November 4, 2014	QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   */s/ Anastasia M. Fernands*
      Anastasia M. Fernands
      Attorney for Google, Inc.

Anastasia M. Fernands
State Bar No. No. 633131
   anastasiafernands@quinnemanuel.com
Robert Wilson
   robertwilson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven
   charlesverhoeven@quinnemanuel.com
David A. Perlson
   davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

*Attorneys for Google Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served a copy of this Motion, and all supporting papers, on counsel of record for EMC Corporation, Rockstar Consortium US LP and NetStar Technologies LLC, and Rockstar Consortium US LP and MobileStar Technologies LLC by e-mail and First Class Mail.

                                      */s/ Anastasia M. Fernands*
                                      Anastasia M. Fernands